# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ANTONIO SIERRA, : No. 184 WAL 2016
:
Petitioner :
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
v. :
:
:
PENNSYLVANIA DEPARTMENT OF :
CORRECTIONS, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of September, 2016, the Petition for Allowance of Appeal and Pro se Notice to be Heard Before a Judge are **DENIED**.